IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADRIANA CASTILLO, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION<br>NO. 3:16-cv-02112-N |
| STATE FARM LLOYDS<br>AND TODD LAYMAN, | § § § § | |
| Defendants. | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Adriana Castillo and Defendants State Farm Lloyds and Todd Layman hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendants are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 7th day of November, 2016.

Respectfully submitted,

_____
Andres A. Arguello
State Bar No. 24089970
Samantha Fenwick
State Bar No. 24097682

Arguello, Hope & Associates, P.L.L.C.
1110 Nasa Parkway, Suite 620
Houston, Texas 77058
Telephone: (281) 532-5529
Facsimile: (281) 402-3534
Email: Andres@simplyjustice.com
Email: Samantha@simplyjustice.com

**COUNSEL FOR PLAINTIFF**

And

/s/ Lindsey Shine Lawrence
Rhonda J. Thompson, Lead Attorney
State Bar No. 24029862
Lindsey Shine Lawrence
State Bar No. 24053681

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
Email: llawrence@thompsoncoe.com

**ATTORNEYS FOR DEFENDANTS
STATE FARM LLOYDS AND
TODD LAYMAN**

## CERTIFICATE OF SERVICE

This is to certify that on the 7th day of November, 2016, a true and correct copy of the foregoing was delivered to the following counsel of record by electronic service and/or facsimile transmission and/or certified mail, return receipt requested:

Andres A. Arguello
Samantha Fenwick
Arguello, Hope & Associates, P.L.L.C.
1110 Nasa Parkway, Suite 620
Houston, Texas 77058
   *Counsel for Plaintiff*

/s/ Lindsey Shine Lawrence
Lindsey Shine Lawrence

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE – Page 2
2555602v1
10578.215